UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Miguel A. Vasquez, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 16-cv-10089 GAO |
| | * | |
| Superintendent Sean Medeiros, | * | |
| | * | |
| Respondent. | * | |

ORDER OF DISMISSAL

May 17, 2016

O'Toole, D.J.

Pursuant to the court's Order issued on March 4th, 2016 [#13] requesting Petitioner to submit a petition which substantially complies with Rule 2(c) of the Rules Governing Section 2254 Cases within 35 days of order, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge